App. Div.]                              First Department, May, 1927.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WALLON.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD S. OTTO v. HARRIS KRAHAM and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD S. OTTO v. HARRIS KRAHAM and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GERTRUDE BURY v. CHARLES W. BURY.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE BURY v. CHARLES W. BURY and MOTHER SUPERIOR OF THE CONVENT OF OUR LADY OF LOURDES.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Petition of MATTIE M. WISE, a Member of Rebecca Chapter No. 16, Improved Benevolent and Protective Order of Moose, Inc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL MOGIN v. CELIA MOGIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BANK OF AMERICA and Another, as Trustees, etc., v. JOSEPH BUEHLER. JOSEPH BUEHLER, JR., and Others.— Motion granted so far as to direct that the several appeals be consolidated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS ROSENWASSER v. BLYN SHOES, INC., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN S. KEDROVSKY, Individually, etc., v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, and SERGIUS SNEGIREFF, as Treasurer, etc., and Others.— Motion granted and appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH PERLMAN and Another.— Motion granted, and the time of defendants to file the record on appeal and appellants' points and to notice appeal for argument extended up to and including June 30, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES S. ROSENSWEIG v. ALBERT H. WHITNEY, Individually and as Manager (President) of Central Bureau, etc., and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISAAC BORD and Others v. FISE REALTY CO., INC., and Others. AMANDA WUNDRAM v. FISE REALTY CO., INC., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GREGORY B. STOLBERG and Another v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another.— Motion denied to the extent stated in the order, with leave to the appellants to apply at Special Term for a resettlement of the order appealed from. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL DEMRICK v. HARBOR LIGHTERAGE COMPANY.— Motion to dismiss